# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHINO ASSOCIATES, L.P.,** : | **CIVIL ACTION NO. 1:04-CV-1611** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **BERG MANUFACTURING AND** : | |
| **SALES CORPORATION,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 18th day of August, 2005, upon consideration of plaintiff's pending motions for summary judgment on the issues of patent infringement, patent validity, and willfulness (Docs. 26, 27, 28), and it appearing that a revised pre-trial and trial schedule was entered by separate order on this date, following the entry of appearance of new counsel for defendant (Doc. 49), see FED. R. CIV. P. 6(b), 16(b); L.R. 1.3, 7.5-7.8, and that a hearing on the parties' proposed construction of patent claims will commence on December 19, 2005, see Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996), it is hereby ORDERED that:

1. The schedule for briefing on plaintiff's pending motions for summary judgment (Docs. 26, 27, 28) is as follows:

    a. Plaintiff shall file supplemental briefs in support of the motions for summary judgment (Docs. 26, 27, 28) on or before November 16, 2005.

    b. Defendant shall file briefs in opposition to the motions for summary judgment (Docs. 26, 27, 28) within ten (10) days after service of the supplemental briefs in support.

      c.      Plaintiff shall be permitted to file briefs in reply to the briefs in opposition within fifteen (15) days after service of the briefs in opposition.

2.      The schedule for briefing on dispositive motions other than plaintiff's pending motions for summary judgment (Docs. 26, 27, 28) is prescribed in the case management order and Local Rules.

        S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge