**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RHINO ASSOCIATES, L.P.,** | : | **CIVIL ACTION NO. 1:04-CV-1611** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **BERG MANUFACTURING AND SALES CORPORATION,** | : | |
| **Defendant** | : | |

## AMENDING ORDER

AND NOW, this 19th day of August, 2005, upon consideration of the order of court (Doc. 46) entered in the above-captioned case on July 12, 2005, granting the motion of counsel for defendant for leave to withdraw (Doc. 25), and it appearing that through clerical oversight one of the attorneys joining in the motion was not listed in the order, it is hereby ORDERED that the order of court (Doc. 46) is AMENDED as follows:

> In the first sentence of subparagraph (a) of paragraph (1), the name "Kimberly M. Colonna, Esquire," is inserted after the name "Joel E. Siegel, Esquire," so that the sentence reads: Dean A. Monco, Esquire, Joel E. Siegel, Esquire, Kimberly M. Colonna, Esquire, and Harvey Freedenberg, Esquire, are terminated as attorneys of record for Berg Manufacturing and Sales Corporation in the above-captioned case.

                                                  S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge