# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RHINO ASSOCIATES, L.P.,** | : | **CIVIL ACTION NO. 1:04-CV-1611** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **BERG MANUFACTURING AND SALES CORPORATION and CENCOR PLASTICS, INC.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of August, 2006, upon consideration of the motions (Docs. 117, 120) to withdraw as counsel for defendant Berg Manufacturing and Sales Corporation, filed by attorneys from Pepper Hamilton, LLP and Bell Boyd & Lloyd LLC, and following a telephone conference with the parties, it is hereby ORDERED that a ruling on the instant motions (Docs. 117, 120) is DEFERRED pending resolution of the motions for summary judgment (Docs. 26, 27, 28).

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge