# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHINO ASSOCIATES, L.P.,** : | **CIVIL ACTION NO. 1:04-CV-1611** |
| : | |
| **Plaintiff** : | **(Judge Conner)** |
| : | |
| v. : | |
| : | |
| **BERG MANUFACTURING AND** : | |
| **SALES CORPORATION and** : | |
| **CENCOR PLASTICS, INC.,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 29th day of March, 2007, upon consideration of plaintiff's motion for contempt (Doc. 89), and the stipulated order dated May 17, 2006 (Doc. 101), in which plaintiff agreed to withdraw its motion for contempt after service of the amended complaint and after defendant Cencor Plastics, Inc. dismissed Civil Action No. 06-CV-2021 in the United States District Court for the Northern District of Illinois, and it appearing that plaintiff served the amended complaint on defendants, and that defendant Cencor Plastics, Inc. dismissed the action against plaintiff in the Northern District of Illinois, it is hereby ORDERED that the motion for contempt (Doc. 89) is DEEMED withdrawn.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge